UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:

IN RE: MICHAEL J. PARISH
CHRISTINE L. PARISH
Debtor(s)

## CHAPTER 13 PLAN

The debtor(s) submit(s) the following Chapter 13 Plan:

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee the sum of $620.38 per month for a period of 36 months, then $592.60 per month for a period of 24 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

A. **PRIORITY CLAIMS:**

(1) The fees and expenses of the **Trustee** shall be paid over the life of the plan.

(2) The unpaid portion of debtor's attorney fees, i.e., $4,000 shall be paid by the trustee to **D. C. Higginbotham, Esquire,** at the rate of $400 per month for months 1 - 10. This sum included $1,500 for services rendered in avoiding a 2nd mortgage.

(4) The Trustee shall pay **D. C. Higginbotham, Esquire,** the sum of $25 per month as an administrative expense in months 1 - 36.

B. **SECURED CLAIMS**

(1) **CITIMORTGAGE** holds a first mortgage on the debtors' principal residence. The Debtors shall make the current monthly payments outside of the plan. There is currently no arrearage in the mortgage payments.

(2) **SPRINGLEAF HOME EQUITY, INC.** holds a second mortgage on the debtors' principal residence, which shall be avoided and the debt treated as unsecured.

(3) **CHRYSLER FINANCIAL SERVICES** holds a lien on debtors' 2006 Jeep, which is valued at $10,500. The Trustee shall pay this creditor $53.34 per month for months 1 - 10, then $199.34 per month for months 11 - 60, for a total of $10,500.40, which is the present value of its secured claim, with 0% interest.

(4) **CHRYSLER FINANCIAL SERVICES** holds a lien on debtors' 2006 Chrysler, which is valued at $17,500. The Trustee shall pay this creditor $80 per month for months 1 - 10, then $334 per month for months 11 - 60, for a total of $17,500, which is the present value of its secured claim with 0% interest.

C. **UNSECURED CLAIMS**

Unsecured creditors shall receive no distribution.

3. **MISCELLANEOUS PROVISIONS**

(a) Any claims filed after the claims bar date shall receive no distribution under the Plan unless specifically provided for above.

(b) Each secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328. If this case is dismissed or converted without completion of the plan, such lien shall also be retained by the holder to the extent recognized by applicable nonbankruptcy law.

(c) The debtor(s) do(es) not reject any executory contracts.

(d) Any post petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the plan, unless specifically provided for by order of Court on motion filed prior to completion of the plan.

Dated: MARCH 22, 2011

D. C. HIGGINBOTHAM, ESQUIRE

926 Forest Street
Jacksonville, FL 32204
Phone: (904) 354-6604
FAX:   (904) 354-6606
Florida Bar # 167121
Attorney for Debtor(s)